

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00368-CV

| | | |
|---|---|---|
| Douglas Arnold Hines | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-251485-11) |
| Deutsche Bank National Trust Company as Trustee for Certificateholders of the Morgan Stanley ABS Capital Inc. - Trust 2003-NC10 and its Mortgage Servicers, Bank of America, N.A., and Select Portfolio Servicing, Inc. | § | November 12, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Douglas Arnold Hines shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Sue Walker
    Justice Sue Walker